1
2
3
4

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08-mj-469-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| CHARLES BELL, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on August 12, 2008.

DATED this 3rd day of September 2008.

GREGORY A. BROWER
United States Attorney

 /s/ Russell Marsh
RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  31st  day of  March  2033.

_____
United States Magistrate Judge